# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID E. COOKE, | : | No. 39 MAP 2016 |
| | : | |
| Appellant | : | Jurisdictional Statement |
| | : | |
| EVELYN A. COOKE, THOMAS D. COOKE, JR., AND DUCKY'S BOATS, INC. | : | |
| | : | |
| | : | |
| Appellees | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2016, the Notice of Appeal is **QUASHED**.